RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 05 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

WELLTOWER OP LLC
WILLOW BRIDGE PROPERTY COMPANY

      Respondent,

FEDERAL COURT CASE NO.:
1:25-CV-1182

MAGISTRATE COURT CASE NO.:
2024-MAG-6947

v.

CHARLES JACKSON

      Petitioner,

### PETITION FOR REMOVAL AND FEDERAL STAY OF EVICTION PURSUANT TO 28 USC 1441 (B)

DEFENDANT, CHARLES JACKSON, hereby files this Petition for Removal in the United States District Court for the Northern District of Georgia Atlanta Division of the above stated case number, 2024-MAG-6947, in The Magistrate Court of Rockdale County Georgia in accordance with the provisions of Title 28 U.S.C. 1441(b) Judiciary and Procedure. The proceedings occurring in violation of the Uniform Commercial Code of 15 U.S.C. 1692 with unlawful eviction proceedings. Pursuant to the provisions of Title 28 U.S.C. Section 1441(b) the Magistrate Court of Rockdale County shall not proceed with any eviction against the petitioner until it is remanded or so ordered from the United States District Court.

RESPONDENT, Welltower OP, LLC. and its affiliate Willow Bridge Property Company, are headquartered in the State of Ohio, and are attempting to evict in violation of the Consolidated Appropriations Act of 2023. The Respondent is also attempting to collect a debt in violation of the Fair Debt Collection Practices Act (FDCPA) of 1978. Accordingly, this action is removable

pursuant to 28 U.S.C. 1441(b). The United States Court for the Northern District of Georgia, Atlanta Division has jurisdiction over this action pursuant to 28 U.S.C. 1331 and 28 U.S.C. 1367(a).

A copy of all process, pleadings and orders served upon defendant in the state court action are attached hereto as Exhibit "A".

WHEREFORE, DEFENDANT, CHARLES JACKSON, requests that this action be removed to the United States District Court for the Northern District of Georgia.

Respectfully submitted,

CHARLES JACKSON
*Pro Se Petitioner*
247 Centennial Ridge Drive, Unit 247
Conyers, Georgia 30013

# IN THE MAGISTRATE COURT OF ROCKDALE COUNTY
## STATE OF GEORGIA

**PLAINTIFF(S):** Welltower OP LLC, Willow Bridge Property Company
**AGENT (IF ANY):** CsS Services, Inc.
**ADDRESS:** P.O. Box 451027
**CITY/ STATE/ZIPCODE:** Atlanta, GA 31145
**TELEPHONE NO.:** 770-491-0522

**Case No.** 2024MAGL947

**DEFENDANT(S):** Charles Jackson, and All Other Occupants
**ADDRESS:** 247 Centennial Ridge Drive, Unit 247
**CITY/ STATE/ZIPCODE:** Conyers, GA 30013
**TELEPHONE NO.:**

**SECOND ORIGINAL**

## AFFIDAVIT FOR SUMMONS OF DISPOSSESSORY

Personally appeared **Deja Waldrop**, who upon oath says that he/she/they is/are owner(s) or attorney, agent or lessee for the owner(s) of said premises, and that Defendant(s) is/are in possession as tenant(s) of premises at the above address in Rockdale County.

**Further Tenant(s):**

(a) Failed to pay rent which is now past due. [checked]
(b) Holds the premises over and beyond the term of his/her/their lease agreement; or
(c) _____, and that

Plaintiff(s) is/are entitled to recover any and all rent that may come due until this action is finally concluded. Further, Plaintiff(s) has/have demanded possession of the premises and Defendant(s) has/have failed and refused to deliver said possession.

**WHEREFORE, Plaintiff(s) DEMANDS:**

(a) Possession of the premises; (b) Past due rent of $ **3,500.00** ; (c) rent accruing up to the date of judgment of vacancy at the rate of $ **2,250.00** per month; and
(d) $75.00 Court + $500.00 Filing Fee + $415.00 Late Fees

Sworn to and subscribed before me,
This 13th day of December, 2024.

Clerk/Magistrate/Notary Public

**Affiant:** Deja Waldrop

### SUMMONS

TO: The Constable of the Magistrate Court or Sheriff or his Deputies of said County.

Defendant(s) herein is/are commanded and required personally or by attorney to answer orally or in writing, to the Judge or Clerk of Rockdale County Magistrate Court, 874 N. Main Street NW, Conyers, Georgia, between the hours of 8:30 a.m. and 4:30 p.m. on or before the **SEVENTH** day from the date of service of the within affidavit and summons (or on the first business day thereafter **IF** the seventh day falls on Saturday, Sunday or legal holiday). **Answers by telephone or fax are not permitted.** If the answer is NOT made, a Writ of Possession shall issue instanter, and judgment may be granted as demanded by the Plaintiff named herein when appropriate. The last day to answer **JAN 16 2025**, 20___.

Witness the Chief Magistrate Judge, Phinia Aten of said Court.

This ___ day of _____, 20___.

Clerk/Magistrate

# WRIT OF POSSESSION

**ROCKDALE COUNTY, GEORGIA**

It appears to the Court that the Defendant(s) _____
_____ was/were duly served with the Affidavit of Summons of Dispossessory. The Court finds as follows: [ ] no answer was filed; [ ] this action was called for a trial and the Defendant(s) answered but failed to appear for trial; [ ] this action was called for a trial and judgment and a writ of possession was granted in favor of the Plaintiff(s);or [ ] the parties entered into a consent judgment and the Plaintiff(s) demonstrated by affidavit that the Defendant(s) defaulted on same.

**IT IS HEREBY ORDERED AND ADJUDGED**, that the Lawful Officer of said County remove said Defendant together with his/her property found thereon from said house and premises and to deliver full and quite possession of same to the Plaintiff herein.

Dated at Conyers, Georgia, this _____ day of _____, 20 ____.

_____
**Magistrate Judge**

## RETURN OF CONSTABLE OR DEPUTY SHERIFF

**ROCKDALE COUNTY, GEORGIA** TACK & MAIL

I have this day served the Defendant _____. With a copy of the Affidavit and Summons.

JAN 0 9 2025

This _____ day of _____, 20 ____.

E. Gonzalez #2352
_____
**Deputy Sheriff**                              **Constable**

I have this day made a diligent attempt to serve the Defendant, but have been unable to do so because: _____
_____.

This _____ day of _____, 20 ____.

_____
**Deputy Sheriff**                              **Constable**

**ROCKDALE COUNTY, GEORGIA**

I have this day served the Defendant with a copy of the foregoing Affidavit and Summons by delivering a copy of same to a person sui juris residing on the premises designated in said Affidavit said copy containing notice to the defendant to answer on _____, 20__ at the hour and place stated in the Summons.

This _____ day of _____, 20 ____.

_____
**Deputy Sheriff**                              **Const**

| MAGISTRATE COURT SUMMONS OF DISPOSSESSORY WARRANT No. _____ | Welltower OP LLC, Willow Bridge Property Company Plaintiff Address VS. | P.O. Box 451027, Atlanta, GA 31145 | Charles Jackson, and All Other Occupants Defendant Address | 247 Centennial Ridge Drive, Unit 247, Conyers, GA 30013 | Filed in Office this _____ | Plaintiff's Attorney _____ | Pltff's Phone _____ | Tenant Vacated _____, 20 | Tenant Ejected _____, 20 | Tenant Settled with Pltff. _____, 20 | Held up by Pltff. Until _____, 20 |