## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

WELLTOWER OP LLC; and WILLOW
BRIDGE PROPERTY COMPANY,
    Plaintiffs,

              v.

CHARLES JACKSON,

    Defendant.

Civil Action No.
1:25-CV-01182-SDG

### ORDER

This matter is before the Court for consideration of the Final Report and Recommendation (R&R) entered by United States Magistrate Judge Regina D. Cannon [ECF 3], which recommends remand of this action. Plaintiff did not file objections. In the absence of objections, and under 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72, undersigned reviewed the R&R for plain error and found none. Accordingly, undersigned **ADOPTS** the R&R [ECF 3] as the Order of this Court.

Accordingly, the Clerk of Court is **DIRECTED** to **REMAND** this matter to the Magistrate Court of Rockdale County. The Clerk of Court is **DIRECTED** to close this case.

**SO ORDERED** this 3rd day of April, 2025.

Steven D. Grimberg
United States District Court Judge