TS

# Details - Case # 2024-MAG-6947 - Envelope # 17790913

## Envelope

| | |
|---|---|
| **Envelope ID** | **Submitted date** |
| 17790913 | 04/03/2025 2:49 PM |
| **Submitted by** | **Username** |
| Tyler Schoolcraft | Tyler_Schoolcraft@gand.uscourts.gov |

## Case Information

**Court Location**
Rockdale Magistrate Court

**Case Type**
Dispossessory Warrants

**Case Category**
Civil

**Judge**
Aten, Phinia

## Parties

| Party Type | Party Name | Lead Attorney |
|---|---|---|
| Defendant | All Other Occupants | |
| Defendant | Charles Jackson | |
| Plaintiff Agent | CSS Services, Inc | |
| Plaintiff | Welltower OP LLC, Willow Bridge Property Company | Lureece D. Lewis |

## Filings

💬 Support

**Filing Type**
eFile Only

TS

Client Ref #
1:25-cv-01182-SDG

## Service Contacts

| Party Type | Party Name | Service Contacts |
|---|---|---|
| Defendant | All Other Occupants | 0 |
| Defendant | Charles Jackson | 0 |
| Plaintiff Agent | CSS Services, Inc | 0 |
| Plaintiff | Welltower OP LLC, Willow Bridge Property Company | 0 |
| Other Service Contacts | | 0 |

## Fees

Payment account
Clerk, U.S. District Court, Northern Georgia
Party responsible for envelope fees
Charles Jackson
Filing attorney
Kevin P Weimer
Order ID
Transaction Response
Transaction Amount
$0.00
Transaction ID

Total    $0.00
**Waiver Selected**