OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, S.W.
ATLANTA, GEORGIA 30303

OFFICIAL BUSINESS



US POSTAGE • PITNEY BOWES
ZIP 30303 $ 001.77⁰
02 1W
0001383857 APR 03 2025

RECEIVED IN
U.S.D.C. Atlanta

APR 21 2025

KEVIN P. WEIMER, Clerk
By: Deputy Clerk

SDG



CLEARED
APR 21 2025
U.S. Marshals Service
Atlanta, GA 30303



NIXIE        326  6E  1           7204/11/25
          RETURN TO SENDER
        ATTEMPTED - NOT KNOWN
            UNABLE TO FORWARD
BC: 30303330999    2175N101071-01130

Case: 1:25-cv-01182-SDG

Charles Jackson
247 Centennial Ridge Drive
Unit 247
Conyers, GA 30013

---

Electronic Filing is <u>mandatory</u> for all attorneys. If you are a bar member in good standing with the Northern District of Georgia or an attorney admitted pro hac vice, you must obtain or upgrade to an individual PACER account. You may obtain a PACER account if you do not have one at https://PACER.uscourts.gov. If you have a PACER account, log into PACER and click on *Manage Your Account* to confirm that your account type is **Upgraded PACER account**. If you have a Legacy account, you will need to complete the upgrade process.

Case: 1:25-cv-01182-SDG

Welltower OP LLC
P.O. Box 451027
Atlanta, GA 31145

---

Electronic Filing is <u>mandatory</u> for all attorneys. If you are a bar member in good standing with the Northern District of Georgia or an attorney admitted pro hac vice, you must obtain or upgrade to an individual PACER account. You may obtain a PACER account if you do not have one at https://PACER.uscourts.gov. If you have a PACER account, log into PACER and click on *Manage Your Account* to confirm that your account type is **Upgraded PACER account**. If you have a Legacy account, you will need to complete the upgrade process.

Case: 1:25-cv-01182-SDG

Willow Bridge Property Company
P.O. Box 451027
Atlanta, GA 31145

---

Electronic Filing is <u>mandatory</u> for all attorneys. If you are a bar member in good standing with the Northern District of Georgia or an attorney admitted pro hac vice, you must obtain or upgrade to an individual PACER account. You may obtain a PACER account if you do not have one at https://PACER.uscourts.gov. If you have a PACER account, log into PACER and click on *Manage Your Account* to confirm that your account type is **Upgraded PACER account**. If you have a Legacy account, you will need to complete the upgrade process.

**Orders on Motions**
1:25-cv-01182-SDG Welltower
OP LLC et al v. Jackson

4months,RDC,SDGLC2,SUBMDJ

U.S. District Court

Northern District of Georgia

**Notice of Electronic Filing**

The following transaction was entered on 4/3/2025 at 2:36 PM EDT and filed on 4/3/2025
**Case Name:**       Welltower OP LLC et al v. Jackson
**Case Number:**    1:25-cv-01182-SDG
**Filer:**
**Document Number:** 7

**Docket Text:**
**ORDER ADOPTING [3] Final Report and Recommendation as the Order of this Court. The Clerk of Court is DIRECTED to REMAND this matter to the Magistrate Court of Rockdale County. The Clerk of Court is DIRECTED to close this case. Signed by Judge Steven D. Grimberg on 4/3/2025. (tas)**

**1:25-cv-01182-SDG Notice has been electronically mailed to:**

**1:25-cv-01182-SDG Notice has been delivered by other means to:**

Welltower OP LLC
P.O. Box 451027
Atlanta, GA 31145

Willow Bridge Property Company
P.O. Box 451027
Atlanta, GA 31145

Charles Jackson
247 Centennial Ridge Drive
Unit 247
Conyers, GA 30013

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060868753 [Date=4/3/2025] [FileNumber=14743942-0
] [09ab0c8045c252487fbc82fc07d02d3c0dac55d7ae3660211f1bbe2d3707a0cc777
45286c4e0854efe1dc75bc60378def97893089e9fb5a099661d0c68db1fb4]]

**Orders on Motions**
1:25-cv-01182-SDG Welltower
OP LLC et al v. Jackson

4months,RDC,SDGLC2,SUBMDJ

## U.S. District Court

## Northern District of Georgia

**Notice of Electronic Filing**

The following transaction was entered on 4/3/2025 at 2:36 PM EDT and filed on 4/3/2025
**Case Name:**      Welltower OP LLC et al v. Jackson
**Case Number:**    1:25-cv-01182-SDG
**Filer:**
**Document Number:** 7

**Docket Text:**
**ORDER ADOPTING [3] Final Report and Recommendation as the Order of this Court. The Clerk of Court is DIRECTED to REMAND this matter to the Magistrate Court of Rockdale County. The Clerk of Court is DIRECTED to close this case. Signed by Judge Steven D. Grimberg on 4/3/2025. (tas)**


**1:25-cv-01182-SDG Notice has been electronically mailed to:**

**1:25-cv-01182-SDG Notice has been delivered by other means to:**

Welltower OP LLC
P.O. Box 451027
Atlanta, GA 31145

Willow Bridge Property Company
P.O. Box 451027
Atlanta, GA 31145

Charles Jackson
247 Centennial Ridge Drive
Unit 247
Conyers, GA 30013

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060868753 [Date=4/3/2025] [FileNumber=14743942-0
] [09ab0c8045c252487fbc82fc07d02d3c0dac55d7ae3660211f1bbe2d3707a0cc777
45286c4e0854efe1dc75bc60378def97893089e9fb5a099661d0c68db1fb4]]

**Orders on Motions**
1:25-cv-01182-SDG Welltower
OP LLC et al v. Jackson

4months,RDC,SDGLC2,SUBMDJ

## U.S. District Court

### Northern District of Georgia

**Notice of Electronic Filing**

The following transaction was entered on 4/3/2025 at 2:36 PM EDT and filed on 4/3/2025
**Case Name:**       Welltower OP LLC et al v. Jackson
**Case Number:**     1:25-cv-01182-SDG
**Filer:**
**Document Number:** 7

**Docket Text:**
**ORDER ADOPTING [3] Final Report and Recommendation as the Order of this Court. The Clerk of Court is DIRECTED to REMAND this matter to the Magistrate Court of Rockdale County. The Clerk of Court is DIRECTED to close this case. Signed by Judge Steven D. Grimberg on 4/3/2025. (tas)**


**1:25-cv-01182-SDG Notice has been electronically mailed to:**

**1:25-cv-01182-SDG Notice has been delivered by other means to:**

Welltower OP LLC
P.O. Box 451027
Atlanta, GA 31145

Willow Bridge Property Company
P.O. Box 451027
Atlanta, GA 31145

Charles Jackson
247 Centennial Ridge Drive
Unit 247
Conyers, GA 30013

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060868753 [Date=4/3/2025] [FileNumber=14743942-0
] [09ab0c8045c252487fbc82fc07d02d3c0dac55d7ae3660211f1bbe2d3707a0cc777
45286c4e0854efe1dc75bc60378def97893089e9fb5a099661d0c68db1fb4]]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

WELLTOWER OP LLC; and WILLOW
BRIDGE PROPERTY COMPANY,
   Plaintiffs,

v.

CHARLES JACKSON,
   Defendant.

Civil Action No.
1:25-CV-01182-SDG

## ORDER

This matter is before the Court for consideration of the Final Report and Recommendation (R&R) entered by United States Magistrate Judge Regina D. Cannon [ECF 3], which recommends remand of this action. Plaintiff did not file objections. In the absence of objections, and under 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72, undersigned reviewed the R&R for plain error and found none. Accordingly, undersigned **ADOPTS** the R&R [ECF 3] as the Order of this Court.

Accordingly, the Clerk of Court is **DIRECTED** to **REMAND** this matter to the Magistrate Court of Rockdale County. The Clerk of Court is **DIRECTED** to close this case.

**SO ORDERED** this 3rd day of April, 2025.

Steven D. Grimberg
United States District Court Judge